UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HERIO SERVICING LLC, a New York
limited liability company

    Plaintiff,

v.                                                                          Case No: 5:17-cv-211-Oc-30PRL

DASH EXPRESS, INC. and DANITA
HEATHCOCK

    Defendants.
_____

## ORDER

On March 8, 2019, Defendant Danita Heathcock filed a suggestion of bankruptcy advising that she had filed for Chapter 7 Bankruptcy in the Middle District of Florida, Case Number 3:19-bk-00306. (Doc. 27). Because these proceedings are automatically stayed as to Ms. Heathcock pursuant to 11 U.S.C. 362(a) of the Bankruptcy Code, the amended motion for sanctions for her failure to attend a deposition in aid of execution (Doc. 23) is **terminated as moot**.

**DONE** and **ORDERED** in Ocala, Florida on March 26, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties